# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 23, 2019



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Geerds v. Capital Edge Funding, LLC (1:19-cv-9122-KPF)*

Dear Judge Failla,

We represent Plaintiff, Joergen Geerds, in the above in-captioned case. Defendant has yet to appear in the case or respond to the complaint which is past due. We respectfully request that the initial conference scheduled for January 2, 20120 be adjourned. We will file our default motion within the next 30 days.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Joergen Geerds*

```
Application GRANTED.  The initial pretrial conference previously
scheduled for January 2, 2020, is hereby ADJOURNED sine die.



Dated:  December 23, 2019        SO ORDERED.
        New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

